**William OLSON, Plaintiff In Error, v. Wm. M. THROCKMORTON, Inc., Defendant in .Error.**

**No. 7174.**

United States Court of Appeals for the District of Columbia.

Decided May 8, 1939.

Stanley Worth, of Washington, D. C., for plaintiff in error.

Louis Ottenberg, of Washington, D. C., for defendant in error.

Before GRONER, Chief Justice, and MILLER and VINSON, Associate Justices.

PER CURIAM.

The material facts and issues in the present case are the same as in Giovannoni v. Waple & James, Inc., 105 F.2d 108, decided today. Its disposition controls this case.

Reversed and remanded.